# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Christina Woodruff | ) | Chapter 13 |
| | ) | Case No. 17 B 18780 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Christina Woodruff
14100 W Laramie Court
Crestwood, IL  60445

Debtor Attorney: Borges & Wu LLC
via Clerk's ECF noticing procedures

On June 20, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, June 13, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/21/2017.

2. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3. The confirmation of the debtor's plan has been denied.

4. Debtor has failed to file a feasible plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE